# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-40302    USA v. Soria
                 USDC No. 4:19-CV-908

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Ernest Gonzalez
Mr. David O'Toole
Mr. Luis Manuel Soria
Mr. Bradley Elliot Visosky

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2023

Lyle W. Cayce
Clerk

———————————

No. 23-40302

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUIS MANUEL SORIA,

*Defendant—Appellant*.

———————————————————

Application for Certificate of Appealability
the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-908
USDC No. 4:13-CR-281-11

———————————————————

ORDER:

Luis Manuel Soria, federal prisoner # 22047-078, moves this court for a certificate of appealability (COA) to challenge the district court's denial of his 28 U.S.C. § 2255 motion. Soria filed the motion to challenge his 360-month sentence for conspiracy to possess with intent to manufacture and distribute methamphetamine. He contends that appellate counsel rendered ineffective assistance by failing to raise in the opening brief on direct appeal the argument that the plea agreement was void for lack of consideration.

No. 23-40302

To obtain a COA, Soria must make "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Where a district court has rejected a claim on the merits, a movant "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484.

Soria has not made the requisite showing.  *See id*.  Accordingly, his request for a COA is DENIED.  Soria's motion to proceed in forma pauperis is also DENIED.

EDITH H. JONES
*United States Circuit Judge*

2